United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANTONIO WILLIAMS, | No. C 05-2870 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TOM CAREY, warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: October 22, 2007

Marilyn Hall Patel
United States District Judge